OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

ZIP 78701 $ 000.27⁵
02 1W
0001401603NOV 09 2015

WR-84,147-01

11/2/2015
SMITH, PATRICIA JEAN                    Tr. Ct. No. B09472-1
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

PATRICIA JEAN SMITH
LOCKHART WORK FAC. - TDC # 1842740
P. O. BOX 1170                          U T F
LOCKHART, TX  78644